06-CR-05296-ORD

MAGISTRATE JUDGE ARNOLD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>PATRICK D. LOWRY,<br><br>    Defendant. | NO. CR06-5296<br><br>ORDER GRANTING MOTION TO<br>CONTINUE TRIAL DATE |

Upon the stipulation of the parties to continue the trial date in the above-captioned case, the Court finds that such a continuance would serve the ends of justice; therefore,

IT IS HEREBY ORDERED that the trial date be continued to October 23rd, 2006. The resulting period of delay from August 14, 2006, to October 31st, 2006, is hereby excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(8)(A) and (B).

DONE this 14th day of August, 2006.

_____
Honorable J. Kelley Arnold
UNITED STATES MAGISTRATE JUDGE

Presented By:

_____
Russell Leonard
Attorney for Defendant

_____
Captain Kenneth Tyndal
Special Assistant United States Attorney

ORDER GRANTING MOTION
TO CONTINUE TRIAL DATE
(U.S. v. Lowry; CR06-5296)

-1-

FEDERAL PUBLIC DEFENDER
1331 Broadway, Ste. 400
Tacoma, Washington 98402
(253) 593-6710