MAGISTRATE JUDGE JAMES P. DONOHUE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR06-5296 |
| Plaintiff, ) | |
| vs. ) | ORDER GRANTING MOTION TO CONTINUE TRIAL DATE |
| PATRICK D. LOWRY, ) | |
| Defendant. ) | |

Upon the stipulation of the parties to continue the trial date in the above-captioned case, the Court finds that such a continuance would serve the ends of justice; therefore,

IT IS HEREBY ORDERED that the trial date be continued to November 27, 2006. The resulting period of delay from October 23, 2006, to November 27, 2006, is hereby excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(8)(A) and (B).

DONE this 12th day of October, 2006.

*James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge

Presented By:

/s/
Russell V. Leonard
Attorney for Defendant

/s/
Captain Kenneth Tyndal
Special Assistant United States Attorney

ORDER GRANTING MOTION
TO CONTINUE TRIAL DATE
(*U.S. v. Lowry*; CR06-5296)           -1-

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Ste. 400**
**Tacoma, Washington 98402**
**(253) 593-6710**